IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS TUKA, § | |
| PETITIONER, § | |
| § | |
| v. § | Civil Action No. 3:08-CV-00832-D |
| § | |
| UNITED STATES OF AMERICA, § | |
| INTERNAL REVENUE SERVICE, § | |
| and MATTHEW P. DAVEY, Special Agent, § | |
| IRS, § | |
| RESPONDENTS. § | |

## ORDER ADOPTING RECOMMENDATION
## OF THE UNTIED STATES MAGISTRATE JUDGE

After making a *de novo* review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate fudge are correct and are therefore adopted.

**SO ORDERED**.

September 9, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE